GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  3:19-CR-33-001(CAR) |
| **RUSSELL HUCKABA** | |

On June 3, 2021, Russell Huckaba was committed to the custody of the Bureau of Prisons for a term of 70 months, followed by 3 years supervised release for Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

On January 10, 2023, the term of supervised release commenced. He has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. As such, it is recommended he be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __14__ day of __April__, 2025.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE